UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Daniel Kozbiel
                                  Plaintiff,

v.                                              Case No.: 1:18−cv−04145
                                                        Honorable Ruben Castillo

Sheriff of Cook County, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 9, 2018:

      MINUTE entry before the Honorable Ruben Castillo:Defendants' unopposed motion for extension of time [7] is granted. Defendants to answer or otherwise plead to the complaint by 8/9/2018. The parties are directed to file a joint status report by 8/16/2018. The Court will hold a status hearing in open court on 8/22/2018 at 9:45 a.m. The motion hearing set for 7/18/2018 is stricken.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.